UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18cr497T24AEP

18 U.S.C. § 922(g)(1)

JACOB NATHANIEL MONTGOMERY

INDICTMENT  SEALED

The Grand Jury charges:

## COUNT ONE

On or about March 7, 2018, in the Middle District of Florida, the defendant,

**JACOB NATHANIEL MONTGOMERY,**

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Feeing or Eluding, on or about July 22, 2013;

2. Possession of Short-Barreled Shotgun, on or about May 9, 2014;

3. Grand Theft Motor Vehicle, on or about October 14, 2016;

4. Felonious Possession of Ammunition, on or about October 14, 2016; and

5. Possession of Methamphetamine, on or about October 14, 2016,

did knowingly possess, in and affecting interstate commerce, a firearm, that is,

a Hi-Point pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: the Hi-Point pistol that the defendant is alleged to have possessed on or about March 7, 2018.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Gregory T. Nolan
Assistant United States Attorney

By: _____
James C. Preston
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JACOB NATHANIEL MONTGOMERY

## INDICTMENT

Violations:   18 U.S.C. § 922(g)(1)

A true bill

_____
Foreperson

Filed in open court this 24th day of October 2018.

_____
Clerk

Bail $_____

JAMES T. GARCIA
MIDDLE DISTRICT FLORIDA
US DISTRICT COURT
2018 OCT 25 PM 3:34

FILED

GPO 863 525